

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

December 18, 2019

**MEMO ENDORSED**

<u>**Via ECF**</u>
**The Honorable Ona T. Wang**
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

    **Re:**    Cazley v. Cosi, Inc., et al.
               Index No: 19-cv-00197 (PAE)

Dear Judge Wang:

    We represent the Plaintiff in the above referenced matter. We respectfully write Your Honor, in conjunction with Defendants, to advise the Court that this matter has resolved itself. As such, we request that the settlement conference, presently scheduled for December 20, 2019, be cancelled.

    We appreciate Your Honor's willingness to assist the Parties in resolving this matter and apologize for any inconvenience we may have caused.

Respectfully Submitted,

**Phillips & Associates, PLLC**
*Attorneys for Plaintiff*

<u>/s/ Gregory W. Kirschenbaum</u>
Gregory W. Kirschenbaum, Esq.
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431

---

**Application Granted.**
The settlement conference scheduled for December 20, 2019 is adjourned. Parties are directed to filed a joint status letter by **January 17, 2020** if the case has not been discontinued by then.
**SO ORDERED.**

_____
Ona T. Wang           12/18/2019
U.S. Magistrate Judge