## EUSTACE, PREZIOSO & y a p c h a n y k
### ATTORNEYS AT LAW

EDWARD M. EUSTACE
RICHARD C. PREZIOSO
CHRISTOPHER M. YAPCHANYK
LAUREN S. YANG
_____
PAUL A. TUMBLESON
REGINE DELY-LAZARD
MAUREEN E. PEKNIC
ANTHONY J. TOMARI
THOMAS B. FERRIS
TERENCE H. DeMARZO
ROBERT M. MAZZEI
Robert M. Michell

55 Water Street • 28th Fl.
New York, NY 10041
TEL (212) 612-4200
FAX (212) 612-4284

Not a Partnership or Professional
Corporation

MILES A. LINEFSKY
DANIEL P. ROCCO
Michael s. munger
Hillary A. fraenkel
Bhavleen k. sabharwal
PETER T. mensching
Justin v. buscher
Vach vivachar awongse

OF COUNSEL
Alan j. harris
Brendan Hennessy
Jonathan E. hill
MICHELLE GRAMLICH
Mitchell a. greene

March 2, 2020

**VIA ECF**
Honorable Paul A. Engelmayer, U.S.D.J.
Southern District of New York
United States District Court
40 Foley Square, Courtroom 1305
New York, New York 10007

> Re:  **CAZLEY V. COSI, INC. (FEDERAL)**
> **Docket Number: 19-cv-00197**

Dear Judge Engelmayer:

This office represents, Cosi, Inc. and Maria Claudio in the above-referenced matter. On December 19, 2019, following the resolution of this matter, the Court dismissed this action subject to a thirty (30) day restoration period. On January 17, 2019, the Parties requested a thirty (30) day extension to the deadline to restore this action, which the Court granted. On February 13, 2020, the Parties again requested an additional thirty (30) day extension of the restoration deadline, which was scheduled to expire on February 17, 2020, and it was granted further extending the time to March 18, 2020. This office received the finalized Settlement Agreement executed by Plaintiff on February 21, 2020. Yesterday I learned that on Monday, February 24, 2020, Cosi, Inc. filed a Voluntary Petition for reorganization under Chapter 11 of the Bankruptcy Code, staying all proceedings (Attached hereto as Exhibit A is a copy of the Petition). It is respectfully requested that this case be stayed pending the outcome of the Bankruptcy filing.

Respectfully submitted,

*Hillary Fraenkel*

Hillary A. Fraenkel

Encl.
Cc: Gregory W. Kirschenbaum, Esq. (via ECF)

The Court requests the views of plaintiff's counsel as to this request by close of business on Friday, March 6, 2020. SO ORDERED.

*Paul A. Engelmayer*        3/3/2020
_____
PAUL A. ENGELMAYER
United States District Judge