

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

March 6, 2020

**<u>Via ECF</u>**
**The Honorable Paul A. Engelmayer**
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1305
New York, NY 10007

      Re:     **Cazley v. Cosi, Inc., et al.**
              **Index No: 19-cv-00197 (PAE)**

Dear Judge Engelmayer:

      We represent the Plaintiff in the above referenced matter. We write to inform the Court, in conformity with Your Honor's March 3, 2020 Order, that Plaintiff does not object to a stay of these proceedings. However, it should be noted that Plaintiff believes that the debt Defendant COSI owes him is not dischargeable, pursuant to 11 U.S.C. §523(a)(19)(B)(2) (2020). As a result, Defendants' failure to pay the settlement proceeds, by the date required by the Parties' agreement, will be viewed as a breach of the settlement agreement, and Plaintiff reserves the right to take all steps necessary to collect the settlement proceeds, including making a motion to remove the stay and enforce the settlement agreement and/or amend the complaint to include breach of contact and continue litigation on those claims.

      We appreciate Your Honor's attention to this matter.

Respectfully Submitted,

**Phillips & Associates, PLLC**
*Attorneys for Plaintiff*

<u>/s/ Gregory W. Kirschenbaum</u>
Gregory W. Kirschenbaum, Esq.
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431

cc:    Hillary Fraenkel
       *Attorneys for Defendants* (Via ECF)

On the motion of defendant, Dkt. 42, and with the consent of plaintiff, this matter and all associated deadlines are hereby stayed in light of defendant's petition for bankruptcy. The Court requests a joint status update from the parties every 60 days and within one week of a resolution of the bankruptcy proceeding. In the interim, the Court stands ready to so-order a settlement agreement if the parties are able to finalize one. SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER    3/9/2020
United States District Judge